UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BROADWALL MANAGEMENT CORP. *et al.*,

                                  Plaintiffs,

           -v-

AFFILIATED FM INSURANCE COMPANY,

                                  Defendant.

21 Civ. 10247 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received plaintiffs' letter motion requesting a conference setting a briefing schedule on whether defendant's removal was proper, or, in the alternative, a stay of this Court's order that plaintiffs amend their complaint to properly allege complete diversity of citizenship between plaintiffs and defendant. Dkt. 19. Defendant has opposed the letter motion. Dkt. 20.

The Court is dismayed at plaintiffs' recalcitrance in obtaining information that should be within their possession, or readily ascertainable. The Court directs plaintiffs, by February 15, 2022, to file a sworn declaration alleging the <u>complete</u> citizenship of each plaintiff as ordered at Dkt. 9, and, on the basis of that citizenship, a letter setting forth their view as to whether diversity jurisdiction exists. Failure to do so may result in the Court's authorization of prompt discovery of plaintiffs by defendant on the question of each plaintiff's citizenship—with the reasonable costs of such discovery to be borne by plaintiffs.

The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 19.

SO ORDERED.

_/s/ Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge

Dated: February 1, 2022
       New York, New York