**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BROADWALL MANAGEMENT CORP., et al.,

                      Plaintiffs,

-against-                                  21 **CIVIL** 10247 (PAE)

**JUDGMENT**

AFFILIATED FM INSURANCE CO.,

                      Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 1, 2022, the Court has denied Affiliated's partial motion to dismiss under Rule 12(b)(1), but has granted its motion to dismiss the AC in its entirety under Rule 12(b)(6) for failure to state a breach of contract claim. This ruling is with prejudice. The Court has denied plaintiffs' motion to replead; accordingly, the case is closed.

**Dated:**  New York, New York

        August 1, 2022

                                                                     **RUBY J. KRAJICK**

                                                                        **Clerk of Court**

                                       **BY:**      *K. Mango*

                                                                         **Deputy Clerk**